IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER JOHNSON, | |
| Plaintiff, | |
| v. | Case No. 3:10-cv-01021-JPG-PMF |
| MR. DISMORE, *et al.*, | |
| Defendants. | |

ORDER

    This matter comes before the Court on Magistrate Judge Philip M. Frazier's Report and Recommendation (R&R) (Doc.47) wherein it is recommended that defendants' affirmative defense of failure to exhaust administrative remedies and the defendants' motion for summary judgment (Doc. 24) be denied. The plaintiff filed a response (Doc. 28) in opposition to the motion for summary judgment. No party has filed an objection.

    After reviewing a magistrate judge's report and recommendation, the Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* The Court must review *de novo* the portions of the report to which specific written objections are made. *Id*. "If no objection or only partial objection is made, the district court Judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

    Neither party has objected and thus the Court reviewed the R&R for clear error. After completing this review, the Court did not find any clear error and therefore **ADOPTS** the R&R

1

in its entirety. The Court **FINDS** the plaintiff has exhausted his administrative remedies and

**DENIES** the defendants' motion for summary judgment.

    **IT IS SO ORDERED.**
    **DATED: May 21, 2012**

                                                     s./ J. Phil Gilbert
                                                     **J. PHIL GILBERT**
                                                     **DISTRICT JUDGE**